ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

CLINTON SCOGGINS,



Debtor.
_____/

Case No. 13-12852-A-7F

DC No. RHT-2

**TRUSTEE'S MOTION FOR
AUTHORIZATION TO SELL
REAL PROPERTY INTEREST**
11 U.S.C. §363

Date:  March 5, 2014
Time: 9:00 a.m.
Dept: A

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES
BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1.      He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2.      The above-captioned case was filed under Chapter 7 on or about April 23, 2013, and
Robert Hawkins was appointed Chapter 7 Trustee.

3.      This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a).
This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A).  This motion is brought pursuant
to 11 U.S.C. §363.

4.      Among the assets of this estate is real property commonly known as 1195 Farmdale
Avenue, Merced, California with a total  fair market value of $100,000.00.

5.     The Trustee has received an offer from the debtor, Clinton Scoggins, to purchase the non-exempt equity in the subject real property for the total sum of $5,000.00.  The funds have been deposited with the estate.

6.     The sale is subject to existing liens and encumbrances. I am informed and believe that the property is subject to a lien secured by a deed of trust in favor of Oro Financial in the amount of approximately $38,000.00.  The debtor has an allowed exemption in the property in the amount of $26,300.00.  The Trustee makes no warranty, express or implied, regarding the title to the property, and the sale is considered "as is, where is."

7.     In deciding to accept the debtor's offer, the Trustee took into consideration that total timely-filed unsecured claims in the case total $3,687.60.  The Trustee anticipates that the proposed offer will provide a 100% distribution to administrative and timely-filed unsecured clams.

8.     The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Clinton Scoggins for the total sum of $5,000.00.

**DATED**: FEBRUARY 5, 2014

/S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee